**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kelvin FERGUSON, Defendant–**
**Appellant.**

**No. 12–10223.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2012.

Suzan Hill Ponzoli, Anne Ruth Schultz, Karen Atkinson, Wifredo A. Ferrer, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, Janiece Le Clainche, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Bernardo Lopez, Federal Public Defender's Office, Fort Lauderdale, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Before BARKETT and PRYOR, Circuit Judges, and LAWSON,* District Judge.

PER CURIAM:

Kelvin Ferguson appeals from the denial of his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 750 to the Sentencing Guide-

lines, which lowered the base offense level for certain crack cocaine offenses to conform the guidelines to the Fair Sentencing Act of 2010, Pub.L. No. 111–220, 124 Stat. 2372. The government now recognizes that Ferguson is eligible for relief under § 3582(c)(2). The government acknowledges that as a result of the application of Amendment 750, Ferguson's offense level should be a 34 resulting in a guidelines range of 262 to 327 months' imprisonment, which is lower than his current sentence, which is based on an offense level of 35, with a corresponding guidelines range of 292 to 365 months' imprisonment.[1]

Accordingly, we hereby vacate the district court's order and remand for resentencing.

**VACATED and REMANDED FOR RESENTENCING.**

---

1. We also note that, as it did at Ferguson's original and prior resentencing, the government acknowledges that Ferguson also is eligible, pursuant to U.S.S.G. § 1B1.10(b)(2)(B), for a proportional reduction below the applicable guidelines range based on his substantial assistance.